UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24464-CIV-ALTONAGA

KATHY CLUTS,

    Plaintiff,
v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on September 29, 2025. Therefore, on or before **December 28, 2025**, Plaintiff shall perfect service on the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by December 28 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record