## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-24464-CIV-ALTONAGA/Reid

KATHY CLUTS,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

### ORDER REQUIRING SCHEDULING REPORT
### AND CERTIFICATES OF INTERESTED PARTIES[1]

      The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **December 1, 2025**.  In addition, by **December 1, 2025**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

      **DONE AND ORDERED** in Miami, Florida, this 29th day of October, 2025.

                                       *Cecilia M. Altonaga*

                                      **CECILIA M. ALTONAGA**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

[1] The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Reid as interested parties unless they have an interest in the litigation.